UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Patrick Hageman, et al., | Civil No. 10-1759 (RHK/FLN) |
| Plaintiffs, | |
| v. | **ORDER** |
| Accenture, LLP, | |
| Defendant. | |

_____

Brent C. Snyder & Stephen J. Snyder for Plaintiffs.
Mara R. Thompson & Tracy M. Billows for Defendant.

_____

**THIS MATTER** came before the undersigned United States Magistrate Judge on September 16, 2010 on Defendant Accenture's Motion for Bifurcation of Discovery [#21].

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Defendant Accenture's Motion for Bifurcation of Discovery [#21] is **DENIED**.


DATED: September 17, 2010          *s/ Franklin L. Noel*
                                                            FRANKLIN L. NOEL
                                                            United States Magistrate Judge