UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Patrick Hageman, Julie Engel, Susanne Smith, Gary Stroick, Bruce McKeeman, Brenda Dammann, Charlaine Ramsay, Lori Holm, Christopher Gardocki, Paul Jacobsen, Cyrus Vahhaji, Patrick Graven, Patricia Saign, John Hetterick, and Gregory Timm for and on behalf of themselves and other persons similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Accenture LLP,<br><br>Defendant. | Civil No. 10-CV-01759 (RHK/FLN)<br><br>**CERTIFICATE OF COMPLIANCE WITH RULE 37** |

Brent C. Snyder, one of the attorneys for the Plaintiffs in the above-captioned action, hereby certifies pursuant to LR 37.1 that he and his law partner Craig A. Brandt conferred with Defendant's counsel on September 24, 2010, in an unsuccessful effort to resolve the matters included within Plaintiffs' Motion to Compel without the need for Court action.

**SNYDER & BRANDT, P.A.**

Dated: October 4, 2010

*s/Stephen J. Snyder*
Stephen J. Snyder (#103019)
Craig A. Brandt (#214036)
Brent C. Snyder (#034879X)
One Financial Plaza
120 South Sixth Street, Suite 2550
Minneapolis, MN  55402
(612) 787-3100 (telephone)
(612) 333-9116 (facsimile)
**ATTORNEYS FOR PLAINTIFFS**