# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | |
|---|---|
| Patrick Hageman, et al.,<br><br>                Plaintiffs,<br>v.<br><br>Accenture LLP,<br><br>                Defendant. | **COURT MINUTES**<br>BEFORE: Franklin L. Noel<br>U.S. Magistrate Judge, Courtroom 9W<br><br>Civil Case No.: 10-1759 (RHK/FLN)<br>Date: October 18, 2010<br>Court Reporter: Lori Simpson<br>Time Commenced: 10:03 A.M.<br>Time Concluded: 10:43 A.M.<br>Time in Court: 0 Hours & 40 Minutes |

APPEARANCES:

For Plaintiffs:   Craig A. Brandt & Stephen J. Snyder
For Defendant:  Tracy M. Billows & Mara R. Thompson


The following motions were taken under advisement at the hearing:
    **1) Plaintiffs' Motion to Compel Discovery [#55]**
    **2) Plaintiffs' Motion for Leave to Amend Their Complaint [#60]**

At the hearing, counsel for Plaintiffs submitted handwritten proposed changes to page 35 of its proposed amended complaint (ECF No. 60 ¶¶ 210–15).

☒ ORDER TO BE ISSUED   ☐ NO ORDER TO BE ISSUED   ☐ R&R TO BE ISSUED   ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court   ☐ Exhibits returned to counsel

                                                  s/ERE
                                        Signature of Law Clerk