UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Patrick Hageman, et al.,                                    Civil No. 10-1759 (RHK/FLN)

                    Plaintiffs,

        v.                                                              **ORDER**

Accenture LLP,

                    Defendant.

_____

Craig A. Brandt & Stephen J. Snyder for Plaintiffs.
Tracy M. Billows & Mara R. Thompson for Defendant.

_____

**THIS MATTER** came before the undersigned United States Magistrate Judge on October 18, 2010 on Plaintiffs' Motion to Compel Discovery (ECF No. 55) and Plaintiffs' Motion for Leave to Amend Their Complaint (ECF No. 60).

Based upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to Amend Their Complaint (ECF No. 60) is **GRANTED**.

Based upon the foregoing, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Compel Discovery (ECF No. 55) is **GRANTED**. Within fourteen (14) days of the date of entry of this Order, Defendant shall provide full and complete responses to Plaintiffs' interrogatories numbered 8, 9 and 10 and shall produce all documents responsive to Plaintiffs' document requests numbered 19, 20 and 21.

DATED: October 28, 2010                        *s/ Franklin L. Noel*
                                                                      FRANKLIN L. NOEL
                                                                      United States Magistrate Judge