# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Patrick Hageman, *et al.*,

                Plaintiffs,

                              Civ. No. 10-1759 (RHK/FLN)
                              **ORDER**

v.

Accenture LLP,

                Defendant.

---

      This matter is before the Court on the Motion of Defendant Accenture LLP ("Accenture") to Stay Magistrate Judge Noel's January 25, 2011 Order Pending Review of Accenture's Forthcoming Objections (Doc. No. 92). In the Motion, Accenture seeks a stay of Magistrate Judge Noel's January 25, 2011 Order (Doc. No. 91) which, *inter alia*, required it to provide Plaintiffs with contact information for potential class members in this putative collective action on or before February 7, 2011. Under Local Rule 72.2(a), Accenture's objections to the Order are due on or before February 11, 2011, that is, *after* the deadline to comply with the Order.

      Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED** that Accenture's Motion (Doc. No. 92) is **GRANTED**. Judge Noel's January 25, 2011 Order (Doc. No. 91) is **STAYED** pending further Order of the Court. After Accenture's objections and Plaintiffs' response thereto have been filed in accordance with Local Rule 72.2(a), the Court will notify the parties if it desires a hearing. However, Accenture should assume that it will be required to provide the

information in accordance with the deadlines set by Magistrate Judge Noel (*i.e.*, within 10 days) if this Court overrules its objections.

Dated: February 1, 2011						s/Richard H. Kyle
								RICHARD H. KYLE
								United States District Judge