## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Patrick Hageman, Julie Engel, Susanne Smith, Gary Stroick, Bruce McKeeman, Brenda Dammann, Charlaine Ramsay, Lori Holm, Christopher Gardocki, Paul Jacobsen, Cyrus Vahhaji, Patrick Graven, Patricia Saign, John Hetterick, Gregory Timm, Jacqueline Williams and Stephen Ripley, for and on behalf of themselves and other persons similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>Accenture LLP,<br><br>          Defendant. | Civil No. 10-1759 (RHK/TNL)<br><br>**ORDER** |

Based upon the parties' Stipulation of Withdrawal of Opt-In Plaintiff Gary C. Alfred (Doc. No. 164), **IT IS HEREBY ORDERED** that opt-in Plaintiff Gary C. Alfred has withdrawn from the case with prejudice and without an award of fees or costs to any party.

Dated:  August 30, 2011

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge