UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Patrick Hageman, et al. for and on behalf
of themselves and other persons similarly
situated,

                     Plaintiffs,

                                               Civ. No. 10-1759 (RHK/TNL)
                                               **ORDER**

v.

Accenture LLP,

                     Defendant.

     This matter is before the Court on Defendant Accenture's request for leave to file multiple dispositive motions in the above-captioned matter, each subject to a separate 12,000-word limit, pursuant to Local Rule 7.1(d). (See Doc. No. 181.) Specifically, it seeks leave to file seven dispositive motions—one motion on all 29 Plaintiffs' pattern-and-practice claims; five motions on the Plaintiffs' individual age-discrimination claims (grouped together for "efficient consideration"); and one motion to decertify the class (id. at 2)—with 12,000 words apiece, for a total of 84,000 words of briefing. Plaintiffs object to this request, citing Local Rule 7.1(b)(4), which provides that multiple summary-judgment motions filed by a single party at or about the same time should be considered a single motion for purposes of the 12,000-word limit. (See Doc. No. 182.) They propose that Accenture be allowed 30,000 words of briefing on their six proposed summary-judgment motions, and an additional 12,000 words on its motion to decertify. (See id.)

In the Court's view, Accenture has shown no need for the extreme expansion of the word limits that it seeks. Eighty-four thousand words of briefing on the proposed dispositive motions would be excessive and unnecessary. Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED**:

(1) Accenture shall file <u>one</u> brief in support of its six proposed motions for summary judgment. The combined total number of words in that brief, along with any reply brief Accenture may file in support of these motion(s), shall not exceed <u>25,000 words</u>, divided among its various arguments at its discretion. Plaintiffs' response to these motion(s) shall likewise not exceed <u>25,000 words</u>, divided as they so choose;

(2) Accenture may file a separate brief in support of its proposed motion to decertify. The combined total number of words in that brief, along with any reply brief on the motion, may not exceed <u>12,000 words</u>. Any unused words on Accenture's motion to decertify shall <u>not</u> be used to advance arguments in support of any of its other dispositive motions. Plaintiffs' response to Accenture's motion to decertify is also limited to <u>12,000 words</u> and may not address any of the other dispositive motions; and

(3) If Plaintiffs elect to file one or more dispositive motions, they shall adhere to the standard 12,000-word limit—that is, the combined total words in their opening and reply brief(s) shall not exceed 12,000 words—and Accenture's response will also be limited to 12,000 words;

(4) All of the dispositive motions in this matter will be heard together by the undersigned on Friday, January 27, 2012 at 8:00 a.m.; and

(5) The parties are reminded that this matter shall be ready for trial on April 1, 2012, and it is on this Court's April 2012 trial calendar.  (See Doc. Nos. 160, 162.)


Dated: November 14, 2011              s/Richard H. Kyle
                                      RICHARD H. KYLE
                                      United States District Judge