UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Patrick Hageman, et al. for an on behalf
of themselves and other persons similarly
situated,

                Plaintiffs,

                                      Civ. No. 10-1759 (RHK/TNL)
                                      **ORDER**

v.

Accenture LLP,

                Defendant.

---

      This matter is before the Court on Plaintiffs' Objection (Doc. No. 179) to a portion of Magistrate Judge Leung's October 19, 2011 Order (Doc. No. 176) on their Motion to Compel Discovery (Doc. No. 167), denying their request to compel Accenture LLP to produce certain additional documents.  Pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72(a), and Local Rule 72.2(a), the Court must set aside those portions of Judge Leung's Order that are "clearly erroneous or contrary to law."  Having carefully reviewed the Order, Plaintiffs' Objection thereto, and Accenture LLP's Response, the Court concludes that the objected-to portion of the Order is neither clearly erroneous nor contrary to law.  Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED** that Plaintiffs' Objection (Doc. No. 179) is **OVERRULED** and the Order (Doc. No. 176) is **AFFIRMED**.

Dated: November 21, 2011                                  s/Richard H. Kyle
                                                                        RICHARD H. KYLE
                                                                        United States District Judge