UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Patrick Hageman, *et al.*,

                Plaintiffs,

                                  Civ. No. 10-1759 (RHK/TNL)
                                  **ORDER**

v.

Accenture LLP,

                Defendant.

---

      This matter is before the Court on the parties' joint letter (Doc. No. 188) requesting clarification of the Court's November 14, 2011 Order vis-à-vis forthcoming expert motions. The Court's prior Order did not address such motions because it was then unclear whether any such motions would be filed. With the parties having now indicated that expert motions will indeed be filed, **IT IS ORDERED** as follows:

      1.    Defendant may serve and file <u>one</u> motion seeking to exclude expert testimony (whether raising <u>Daubert</u> or other issues), no matter how many expert witnesses that motion addresses. In other words, if Defendant were to seek to exclude testimony from four expert witnesses, it may file only one motion concerning all four of those experts;

      2.    Defendant may serve and file <u>one</u> initial brief in support of its expert motion and <u>one</u> reply brief in support of that motion. The combined total number of words in those briefs shall not exceed 12,000 words. Plaintiffs' response to this motion likewise shall not exceed 12,000 words;

3. The same rules shall apply to Plaintiffs. That is, Plaintiffs may serve and file <u>one</u> motion seeking to exclude expert testimony (whether raising <u>Daubert</u> or other issues), no matter how many expert witnesses that motion addresses, and may serve and file <u>one</u> initial brief in support of that motion and <u>one</u> reply brief. The combined total number of words in those briefs shall not exceed 12,000 words. Defendant's response to this motion also shall not exceed 12,000 words;

4. All expert motions shall be served and filed by such date that they will be fully briefed (in accordance with the timelines set forth in Local Rule 7.1) in order to be heard on January 27, 2012. For the sake of clarity, this means that the initial briefs must be served and filed on or before December 16, 2011; opposition briefs must be served and filed on or before January 6, 2012; and reply briefs must be served and filed on or before January 13, 2012; and

5. After the initial briefs in support of expert motions have been filed, the Court will determine whether such motions will be heard together on January 27, 2012, with the forthcoming summary judgment/class decertification motions or, rather, on some other date and time.

Dated: December 6, 2011                                 s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge